IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUD ROSSMANN, Esquire, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3019 |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN BELL, JOHN DOE-1, JOHN DOE-2, JOHN DOE-3, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to
proceed in forma pauperis (Filing No. 2).  Upon review of
plaintiff's motion, the Court finds that plaintiff is financially
eligible to proceed in forma pauperis.

IT IS ORDERED that leave to proceed in forma pauperis
is provisionally granted, and the complaint shall be filed
without payment of costs.

DATED this 4th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District
Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third
parties or the services or products they provide on their Web sites.  Likewise, the Court has no
agreements with any of these third parties or their Web sites.  The Court accepts no
responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a
hyperlink ceases to work or directs the user to some other site does not affect the opinion of
the Court.