IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUD ROSSMANN, Esquire, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3019 |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN BELL, JOHN DOE-1, JOHN DOE-2, JOHN DOE-3, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. On May 22, 2014, the Court conducted an initial review of plaintiff's complaint and found that it failed to state a claim upon which relief may be granted (Filing No. 6). Plaintiff was given the opportunity to amend his claims, but he was warned that, if he failed to do so by June 23, 2014, his complaint would "be dismissed without further notice." (*Id.* at CM/ECF p. 5.) Plaintiff has not amended his complaint and the time in which to do so has now passed. A separate judgment will be entered in accordance with this memorandum opinion.

DATED this 8th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.